This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LINN R. BLANCETT and TRECIAFAYE W. BLANCETT, Individually and as Representatives of STEP BACK INN, INC., a New Mexico corporation, BLANCETT PROPERTIES, LLC, a New Mexico limited liability co., and BLANCETT TRUST,**

Plaintiffs-Appellants,

**v.**                                                                                    **No. 30,430**

**DIAL OIL COMPANY, RON DIAL, DICK DIAL and SUE DIAL, Individually and as Officers and Directors of Dial Oil Company,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Thomas J. Hynes, District Judge**

Heidel, Samberson, Newell, Cox & McMahon
Lovington, NM

for Appellants

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Charles Vigil
Jeffrey L. Lowry

Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Judge**

_____
**LINDA M. VANZI, Judge**